**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6446**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

BILLY T. JOHNSON,

        Defendant - Appellant.

**No. 08-7043**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

BILLY T. JOHNSON,

        Defendant - Appellant.

Appeals from the United States District Court for the Southern District of West Virginia, at Beckley. Robert C. Chambers, District Judge. (5:02-cr-00140-2)

Submitted: August 14, 2008      Decided: August 19, 2008

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Billy T. Johnson, Appellant Pro Se. John J. Frail, Erik S. Goes, Assistant United States Attorneys, Charleston, West Virginia; Lisa Grimes Johnston, Assistant United States Attorney, Huntington, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Billy T. Johnson appeals the district court's orders denying his motion under 18 U.S.C. § 3582(c)(2) (2000) for a reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Johnson</u>, No. 5:02-cr-00140-2 (S.D.W. Va. Mar. 10, 2008; June 5, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>